CHARLES G. CONN, Appellant, *v.* WILLIAM P. CHAMBERS, Respondent.

*Conn* v. *Chambers*, 123 App. Div. 298, affirmed.
(Argued March 24, 1909; decided April 9, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial and granted a new trial in an action for conversion.

*Henry J. McCormick* for appellant.

*Nelson L. Keach* and *Louis Steckler* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.